IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| ROSE L. HENDERSON | § | PLAINTIFF |
|---|---|---|
| | § | |
| V. | § | Civil No. 1:09CV00639-HSO-JMR |
| | § | |
| WAFFLE HOUSE, INC. | § | DEFENDANT |

### FINAL JUDGMENT

This matter came on to be heard on Defendant's Motion [8] to Compel Arbitration and/or to Dismiss. The Court, after a review and consideration of Defendant's Motion, Plaintiff's Response, Defendant's Reply, the pleadings on file, and the relevant legal authorities, finds that in accord with its Memorandum Opinion and Order entered herewith,

**IT IS, ORDERED AND ADJUDGED** that, judgment is rendered in favor of Defendant, and Plaintiff's case is hereby dismissed with prejudice. All remaining pending motions are hereby rendered moot.

**SO ORDERED AND ADJUDGED**, this the 11th day of June, 2010.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE